United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 14-25253-SC
Bear Creek Partners, LLC                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin            Page 1 of 1              Date Rcvd: Feb 06, 2015
                              Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2015.
db             +Bear Creek Partners, LLC,    22640 Bear Creek Drive North,    Murrieta, CA 92562-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2015 at the address(es) listed below:
              Adam A Lewis    on behalf of Interested Party Tom  Alford alewis@mofo.com
              Barouir B Yeretzian    on behalf of Interested Party    Courtesy NEF byeretzian@jhindslaw.com,
               yeretzian@gmail.com
              Barouir B Yeretzian     on behalf of Debtor    Bear Creek Partners, LLC byeretzian@jhindslaw.com,
               yeretzian@gmail.com
              Everett L Green     on behalf of U.S. Trustee    United States Trustee (RS) everett.l.green@usdoj.gov
              James Andrew Hinds, Jr    on behalf of Debtor    Bear Creek Partners, LLC jhinds@jhindslaw.com,
               zbilowit@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Interested Party    Courtesy NEF jhinds@jhindslaw.com,
               zbilowit@jhindslaw.com
              Jason Tatman    on behalf of Interested Party    Courtesy NEF jt@nationwidereconveyance.com
              Kenneth  Hennesay    on behalf of Creditor   Pacific Western Bank khennesay@allenmatkins.com
              Kenneth  Hennesay    on behalf of Interested Party    Courtesy NEF khennesay@allenmatkins.com
              Leonard M Shulman    on behalf of Interested Party    Bear Creek Master Association
               lshulman@shbllp.com
              Michael J Bujold    on behalf of U.S. Trustee    United States Trustee (RS)
               Michael.J.Bujold@usdoj.gov
              Paul R Shankman    on behalf of Debtor    Bear Creek Partners, LLC pshankman@jhindslaw.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 13

1  James Andrew Hinds, Jr (SBN 71222)
   jhinds@jhindslaw.com
2  Paul R. Shankman (SBN 113608)
   pshankman@jhindslaw.com
3  Brian Yeretzian (SBN 278519)
   byeretzian@jhindslaw.com
4  HINDS & SHANKMAN, LLP
   21515 Hawthorne Blvd., Suite 1150
5  Torrance, CA 90503
6  Phone: (310) 316-0500
   Fax: (310) 792-5977

**FILED & ENTERED**

**FEB 06 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY craig      DEPUTY CLERK**

[Proposed] Attorneys for the Bear Creek Partners, LLC Debtor and Debtor-in-Possession

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BEAR CREEK PARTNERS, LLC,<br><br>    Debtor and Debtor-In-Possession. | Case No. 6:14-bk-25253-SC<br><br>(Chapter 11)<br><br>**ORDER ON STIPULATION BETWEEN CHAPTER 11 DEBTOR, SECURED CREDITOR PACIFIC WESTERN BANK, AND SECURED CREDITOR SOUTHERN CALIFORNIA INVESTORS, INC. TO CONTINUE HEARING ON DEBTOR'S CASH COLLATERAL MOTION**<br><br>[Local Bankr. R. 9013-1(m)(2)]<br><br><u>Hearing Date & Time*</u><br>DATE: February 10, 2015<br>TIME: 1:30 P.M.<br>PLACE: Video Hearing Room 126<br>           3420 Twelfth Street<br>           Riverside, CA 92501-3819<br><br><u>Continued Date & Time:</u><br>Date: March 3, 2015<br>Time: 1:30 p.m.<br>Place: Video Hearing Room 126 |

*The Debtor will be appearing in Courtroom 5C of the United States Bankruptcy Court located at 411 West Fourth Street in Santa Ana, CA 92701. Other appearances are permitted in Santa Ana as well.

---

ORDER ON STIPULATION BETWEEN CHAPTER 11 DEBTOR, SECURED CREDITOR PACIFIC WESTERN BANK, AND SECURED CREDITOR SOUTHERN CALIFORNIA INVESTORS, INC. TO CONTINUE CONTINUED HEARING ON DEBTOR'S CASH COLLATERAL MOTION

1

1  Having reviewed the Stipulation Between the Chapter 11 Debtor, Secured Creditor Pacific Western Bank, and Secured Creditor Southern California Investors, Inc. to Continue Hearing on Debtor's Cash Collateral Motion filed 2/5/15 [Dk. 69] (hereinafter referred to as the "Stipulation") filed by the Debtor and Debtor-in-Possession, Bear Creek Partners, LLC (hereinafter referred to as the "Chapter 11 Debtor"), secured creditor Pacific Western Bank (hereinafter referred to as "Pacific Western Bank"), and secured creditor Southern California Investors, Inc. (hereinafter referred to as the "SCI"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED.**

**IT IS FURTHER ORDERED** that the hearing on the Chapter 11 Debtor's Cash Collateral Motion, currently scheduled for February 10, 2015 at 1:30 p.m. shall be CONTINUED to March 3, 2015 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the terms of the Court's existing Order Granting the Chapter 11 Debtor's Cash Collateral Motion shall stay in place until the continued hearing date, March 3, 2015 at 1:30 p.m., on the Chapter 11 Debtor's Cash Collateral Motion.

**###**

Date: February 6, 2015

Scott C. Clarkson
United States Bankruptcy Judge

ORDER ON STIPULATION BETWEEN CHAPTER 11 DEBTOR, SECURED CREDITOR PACIFIC WESTERN BANK, AND SECURED CREDITOR SOUTHERN CALIFORNIA INVESTORS, INC. TO CONTINUE CONTINUED HEARING ON DEBTOR'S CASH COLLATERAL MOTION

2