JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
BAROUIR BRIAN YERETZIAN (SBN 278519)
byeretzian@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile (310) 792-5977

Attorneys for Bear Creek Partners, LLC
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**APR 13 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BEAR CREEK PARTNERS, LLC,<br><br>                Debtor. | Case No. 6:14-bk-25253-SC<br><br>(Chapter 11)<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

     The Court having reviewed the concurrently filed "Stipulation for Protective Order" (herein referred to as the "Stipulation") that was filed on April 10, 2015 (Docket Item # 137), and good cause appearing therefor,

1

**IT IS HEREBY ORDERED THAT:**

1. The Debtor's Stipulation is **APPROVED**.

# # #

Date: April 13, 2015

Scott C. Clarkson
United States Bankruptcy Judge